# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**

No. 05cr20078

MOTION GRANTED

**SHEILA JONES**

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

### MOTION FOR CONTINUANCE

NOV. 16, 2005
DATE

COMES NOW Leslie I. Ballin, Counsel for the Defendant, Sheila Jones, who would respectfully move this Court for a continuance of her report date scheduled for November 23, 2005 at 9:00 a.m..     In support of this request, Counsel for the Defendant would show unto the Court that he scheduled to be out of town for the Thanksgiving holiday beginning November 22, 2005 until November 27, 2005 and will be unavailable to appear with his client for the report date.   That Assistant Attorney General Tim DeScenza does not oppose this request.   That time shall be excluded under the Speedy Trial Act.

WHEREFORE PREMISES CONSIDERED that Defendant prays that the Surrender date of November 23, 2005 be continued to a date determined by this Honorable Court.

Respectfully submitted,

Leslie I. Ballin, Esq.
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
Attorney for Defendant

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___11-17-05___

93

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served upon

the Honorable Jon McCalla,  167 N. Main Street, Memphis, TN 38103 and Tim DeScenza,

Assistant United States Attorney's Office, 167 North Main, Ste. 800, Memphis, TN 38103, via

facsimile and/or by the United States First Class Mail on this the 15th  day of November, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:05-CR-20078 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT